Zack Morgan v. The State.

No. 10189. Delivered May 19, 1926.

**Carrying a Pistol—No Statement of Facts—No Bills of Exception.**

Neither statement of facts nor bills of exception being before us in this record, and no fundamental error being apparent, the judgment must be affirmed.

Appeal from the County Court of Lamar County. Tried below before the Hon. W. Dewey Lawrence, Judge.

Appeal from a conviction for unlawfully carrying a pistol, penalty a fine of $100.00.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—Unlawfully carrying a pistol is the offense, punishment fixed at a fine of one hundred dollars.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*